# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER GIOVANNI REYES RINCON,<br><br>　　　　　Defendants. | Case No.:  2:20-mj-00862-EJY<br><br><br>**ORDER** |

THIS MATTER COMING ON THE PARTIES' STIPULATION TO CONTINUE BENCH TRIAL, THE COURT HAVING CONSIDERED THE PREMISES THEREIN, AND GOOD CAUSE SHOWING, THE COURT ACCEPTS THE STIPULATION OF THE PARTIES AND FINDS AS FOLLOWS:

1. The parties agree to the continuance requested in the Stipulation;

2. Defendant is not in custody and does not object to the continuance;

3. The Court finds good cause to continue the Bench Trial currently set for February 17, 2021.

Accordingly, pursuant to the Stipulation, this Court will continue and set a new date for the Bench Trial.

**IT IS THEREFORE ORDERED**:

1. The Bench Trial set for February 17, 2021, is **VACATED** and **CONTINUED**;

2. The Bench Trial in this matter will commence on \_\_\_\_April 28\_\_\_\_, 2021, at \_\_9\_\_ **a.m.** in Courtroom 3D.

**IT IS SO ORDERED.**

_(signature)_
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO CONTINUE