BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER GIOVANNI REYES RINCON,<br><br>　　　　　　Defendant. | Case No.: 2:20-MJ-00862-EJY |

## STIPULATION TO CONTINUE BENCH TRIAL

## (SECOND REQUEST)

The Defendant, JAVIER GIOVANNI REYES RINCON, by and through counsel, BRET O. WHIPPLE, ESQ., and the United States of America, by and through its counsel, Assistant United States Attorney, RACHEL KENT, ESQ., hereby respectfully submit the following Stipulation and Proposed Order for this Court's consideration and approval.

It is hereby stipulated and agreed, by and between the undersigned parties, that Bench Trial set for April 28, 2021, should be continued by this Court, to a date of this Court's choosing, approximately sixty (60) days from the date of April 28, 2021. The parties submit that another

continuance will not seriously harm the interests of justice. The defendant is not in custody and agrees to the proposed continuance.

WHEREFORE, the parties respectfully request that this Court accept this Stipulation and enter and Order vacating the current setting of April 28, 2021, for the Bench Trial in this matter, and continuing the hearing to a date and time convenient to the Court but not less than 60 days from April 28, 2021. The parties attach a Proposed Order for this Court's consideration.

Dated this 27th day of April, 2021

/s/ Bret O. Whipple, Esq.
Bret O. Whipple, Esq.
JUSTICE LAW CENTER
1100 S 10th St.
Las Vegas NV 89104
702-731-0000
bretwhipple@gmail.com
NV Bar #6168

Dated this 27th day of April, 2021

/s/ Rachel Kent, Esq.
Rachel Kent, Esq.
501 Las Vegas Blvd S.
Las Vegas, NV 89101
702-388-6336 x16270
Fax: 702-388-6418
702-731-0000
Rachel.kent@usdoj.gov

JUSTICE LAW CENTER
1100 S. Tenth Street
Las Vegas, Nevada 89104
702-731-0000

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>JAVIER GIOVANNI REYES RINCON,<br><br>                              Defendant. | Case No.:  2:20-MJ-00862-EJY |

## ORDER

This matter coming on the parties' stipulation to continue bench trial, the court having considered the premises therein, and good cause showing, the court accepts the stipulation of the parties and finds as follows:

1. The parties agree to the continuance requested in the Stipulation to Continue Bench Trial (Second request).

2. Defendant is not in custody and does not object to the continuance;

3. The Court finds good cause to continue the Bench Trial currently set for April 28, 2021.

Accordingly, pursuant to the Stipulation, this Court will continue and set a new date for the Bench Trial.

**IT IS THEREFORE ORDERED:**

1. The Bench Trial set for April 28, 2021 is hereby VACATED and CONTINUED;

2. The Bench Trial in this matter will commence on the 14th day of July, 2021 at the time of 9:00 a.m. in Courtroom 3D.

_____
U.S. MAGISTRATE JUDGE

Dated: April 27, 2021

JUSTICE LAW CENTER
1100 S. Tenth Street
Las Vegas, Nevada 89104
702-731-0000