Bret O. Whipple, Esq.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
Tel: (702) 731-0000
Fax: (702) 974-4008
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>JAVIER GIOVANNI REYES RINCON,<br><br>        Defendant. | Case No. 2:20-mj-00862-EJY<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br><br>**(Fourth Request)** |

      IT IS HEREBY STIPULATED AND AGREED, by and between JAVIER GIOVANNI REYES RINCON, defendant, by and through counsel BRET O. WHIPPLE, ESQ. of JUSTICE LAW CENTER, and CHRISTOPHER CHIOU, Acting United States Attorney; Joshua Brister, Assistant United States Attorney, counsel for the United States of America:

      THAT THE BENCH TRIAL CURRENTLY SCHEDULED FOR September 24, 2021 at 9:00 AM be vacated and continued to a time convenient to the Court, but not less than forty-five (45) days from the current setting.

      1.      Both parties agree to the continuance.

      2.      Defendant is not detained and agrees to the continuance.

      3.      The parties submit that another continuance will not harm the interests of

justice.

4. This is the fourth request to continue the trial.

DATED this 16th day of September, 2021.

                                                  CHRISTOPHER CHIOU
                                                  Acting United States Attorney

                                                  _____/s/_____
                                                  Joshua Brister
                                                  Assistant United States Attorney

                                                  _____/s/_____
                                                  Bret O. Whipple, Esq.
                                                  Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-mj-00862-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JAVIER GIOVANNI REYES RINCON, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Both parties agree to the continuance.

2. Defendant is not detained and agrees to the continuance.

3. The Court finds good cause to continue the Bench Trial currently set for September 24, 2021 at 9:00 AM.

4. This is the fourth request to continue the trial.

Accordingly, pursuant to the Stipulation, this Court will continue and set a new date for the Bench Trial

IT IS THEREFORE ORDERED:

1. The Bench Trial set for September 24, 2021 at 9:00 AM is VACATED and CONTINUED;

///

///

///

///

2. The Bench Trial in this matter will continue on Monday, November 8, 2021, at 9:30 AM in a courtroom 3A.

IT IS SO ORDERED.

DATED this 17th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE