CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14843
JOSHUA BRISTER
RACHEL KENT
Assistant United States Attorneys
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorney for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:20-mj-00862-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| v. | **(Fifth Request)** |
| JAVIER GIOVANNI REYES RINCON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney; Joshua Brister, Assistant United States Attorney, counsel for the United States of America; and Bret O. Whipple, Esq., counsel for defendant:

THAT THE BENCH TRIAL CURRENTLY SCHEDULED FOR November 8, 2021 at 9:30 AM be vacated and continued to a time convenient to the Court, but not before November 16, 2021.

1. Both parties agree to the continuance.

2. Defendant is not detained and agrees to the continuance.

3. The parties submit that another continuance will not harm the interests of

justice.

4. This is the fifth request to continue the trial.

DATED this 18th day of October, 2021.

                CHRISTOPHER CHIOU
                Acting United States Attorney

                /s/
                Joshua Brister
                Assistant United States Attorney

                /s/
                Bret O. Whipple, Esq.
                Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER GIOVANNI REYES RINCON,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00862-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, the Court finds that:

1. Both parties agree to the continuance.

2. Defendant is not detained and agrees to the continuance.

3. The Court finds good cause to continue the Bench Trial currently set for November 8, 2021.

4. This is the fifth request to continue the trial.

Accordingly, pursuant to the Stipulation, this Court will continue and set a new date for the Bench Trial.

IT IS THEREFORE ORDERED:

1. The Bench Trial set for November 8, 2021 at 9:30 AM is VACATED and CONTINUED;

///

///

///

///

///

3

2.	The Bench Trial in this matter will continue on December 29, 2021, at 9:30 AM in courtroom 3D.

IT IS SO ORDERED.

DATED this 18th day of October, 2021.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE