# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JAVIER GIOVANNI REYES RINCON,

      Defendant.

Case No. 2:20-mj-00862-EJY

**Order**

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the entry of plea hearing set in the above case for July 27, 2022, at 9:00 a.m. be continued to  October 5, 2022, at the hour of 9:00 a.m. in Courtroom 3D.

DATED this __25th__ day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3