UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) Case No.:   2:20-mj-00862-EJY
vs. )
) **ORDER TO CLOSE THE CASE**
JAVIER GIOVANNI REYES RINCON, )
)
    Defendant. )
)
_____ )

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    Defendant Javier Giovanni Reyes Rincon has successfully completed the conditions of his sentencing.

    2.

**ORDER**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

    DATED this 28th day of April, 2023.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

3